IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL PUSZYK**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 16 C 2644 |
| | ) | |
| **DELTA AIR LINES, INC.**, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This Court's extremely brief June 27 memorandum order alerted both sides to the incorrectness of the allegation by Michael Puszyk ("Puszyk") that sought to place venue in this judicial district, thus anticipating the scheduled June 29 presentment of the alternative motion by Delta Air Lines, Inc. ("Delta") (1) to dismiss on forum non conveniens principles or (2) to transfer this action to the United States District for the Eastern District of New York. Puszyk's counsel has just responded by acknowledging the venue problem and consenting to transfer this action as Delta has sought. To spare both counsel the need to come to court tomorrow:

1. this action is ordered to be transferred forthwith to the United States District Court for the Eastern District of New York; and

2. Delta's alternative forum-non-conveniens motion is denied as moot (but no view is expressed by this Court as to the position that the transferee court may take if that same issue were to be presented to it).

_____
Milton I. Shadur
Date: June 28, 2016        Senior United States District Judge